IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                             Civil No. 01-2278

SUSAN ROBINSON,
        Defendant.

## ORDER OF DISTRIBUTION

On September 5, 2007, at 10:00 a. m., at the front entrance of the Franklin County Courthouse, Ozark, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered March 1, 2002, in the above-styled case. At such sale, Bill Nelson, Lindley-Nelson, Inc. was the highest and best bidder for the property, and the property was then sold to the said Bill Nelson.

On or about November 14, 2007, the United States Marshal received Check No. 20439, in the amount of $54,302.48, from Lindley-Nelson, Inc. for payment in full for the property. In accordance with the terms of the judgment,

IT IS HEREBY ORDERED that the United States Marshal transfer $53,302.48 to the USDA, Rural Development and $1,000.00 to the United States Marshals Service.

DATED: November 29, 2007

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**NOV 2 9 2007**

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF ARKANSAS